dency of the action and three hundred dollars counsel fees, with costs of motion to plaintiff and ten dollars costs and disbursements in this court. All concurred, except Smith, P. J., and Betts, J., dissenting.

William H. Crooker, as Executor, etc., of Erwin W. Crane, Deceased, Respondent, v. Robert G. Brown and Others, Appellants.— Judgment modified by striking out the provisions thereof with respect to sale of the property by referee, and by inserting in place thereof the usual provision as to enforcing judgment and sale on execution of the real property in controversy, and as so modified judgment is unanimously affirmed, without costs of the appeal to either party. All concurred; Sewell, J., not sitting.

James H. Carroll, Respondent, v. John H. Bullock, Appellant.— Judgment reversed on the ground that the verdict is against the weight of evidence, and new trial granted with costs to appellant to abide event. All concurred, except Betts, J., dissenting.

George B. Cole, Appellant, v. John B. Judson and George Chant, as Administrators, etc., of Adam Frederick, Deceased, Respondents.— Judgment affirmed, with costs. All concurred, except Houghton, J., dissenting.

Caroline Cornelius, Respondent, v. Ithaca Savings Bank, Appellant.— Judgment and order unanimously affirmed, with costs.

Benjamin F. Corey, Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order unanimously affirmed, with costs; Betts, J., not sitting.

County of Cortland, Appellant, v. County of Schuyler, Respondent.— Judgment unanimously affirmed, with costs.

Myron S. Coon, Respondent, v. United Traction Company, Appellant.— Judgment and order reversed as against the weight of evidence and new trial granted in the City Court of Albany, with costs of appeal in this court and in the County Court to the appellant to abide the event. All concurred.

Timothy Cline and Others, Appellants, v. William M. Stephens and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements in all appeals. All concurred.

Mary Davignon, as Administratrix, etc., of Amedee Davignon, Deceased, Respondent, v. Brooklyn Cooperage Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Herbert E. De Freest, Appellant, v. Edith J. De Freest, Respondent.— Order affirmed, with ten dollars costs and disbursements to defendant. All concurred.

Albert D. Eller and Pierre M. Many, Copartners Trading as Eller & Many, and George W. Smith, as Receiver of the Property of Said Copartnership, Appellants, v. Ammann Manufacturing and Construction Company, Respondent.— Judgment and order unanimously affirmed, with costs.

Clara E. Holmes, Respondent, v. Alfred Hemstreet, Appellant.— Judgment and order reversed on the ground that the verdict was against the weight of evidence and new trial granted, with costs to appellant to abide event. All concurred, except Smith, P. J., and Betts, J., dissenting.

Margaret Hardie and George Sims, as Administrators, etc., of William Hardie, Deceased, Respondents, v. Charles P. Boland Company, Appel-